**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ESTATE OF: EUGENE BEST, DECEASED

PETITION OF: TIFFANY MCCALL

: No. 84 MAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.